IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-120-D

| | |
|---|---|
| ERIC KENDALL HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORTH CAROLINA DEPARTMENT ) | |
| OF HEALTH AND HUMAN SERVICES, ) | |
| ) | |
| Defendant. ) | |

On June 6, 2024, the court granted North Carolina Department of Health and Human Services's ("NC DHHS" or "defendant") motion to dismiss for lack of subject-matter jurisdiction [D.E. 18, 19]. On June 13, 2024, Eric Kendall Hall ("Hall" or "plaintiff") moved for relief from judgment or order [D.E. 20]. On July 3, 2024, NC DHHS responded in opposition [D.E. 21]. On July 10, 2024, Hall replied [D.E. 22].

Although Hall cites Federal Rule of Civil Procedure 60, the court has considered Hall's motion for reconsideration under the governing standard. See Fed. R. Civ. P. 59(e); TFWS, Inc. v. Franchot, 572 F.3d 186, 194 (4th Cir. 2009); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). There was no intervening change in controlling law or new evidence, and Hall has not presented any arguments warranting reconsideration. Thus, the court denies the motion.

Alternatively, Hall's motion also fails to meet Rule 60(b)'s threshold requirements and is denied as baseless. See Fed. R. Civ. P. 60(b); Aikens v. Ingram, 652 F.3d 496, 500–01 & n.3 (4th

Cir. 2011) (en banc); Robinson v. Wix Filtration Corp. LLC, 599 F.3d 403, 412 n.12 (4th Cir. 2010); Nat'l Credit Union Admin. Bd. v. Gray, 1 F.3d 262, 264 (4th Cir. 1993).

In sum, the court DENIES plaintiff's motion for reconsideration [D.E. 20].

SO ORDERED. This 10 day of July, 2024.

                                                JAMES C. DEVER III
                                                United States District Judge